UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BRIAN JONAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WEBER & OLCESE, P.L.C., and MAIN STREET ACQUISITION CORP.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-00315-GJQ-PJG<br>Hon. Judge Gordon J. Quist<br>Magistrate Judge Phillip J. Green |

## NOTICE OF SETTLEMENT

Defendants, Weber & Olcese, P.L.C. and Main Street Acquisition Corp. (together "Defendants"), by and through undersigned counsel, hereby inform the court that a settlement of the present matter has been reached. The parties are finalizing settlement paperwork, which should be completed within the next 30 days.

Defendants therefore request that this Honorable Court vacate all dates currently set on calendar for the present matter.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Charity A. Olson
　　　　　　　　　　　　　　　　　　　　Charity A. Olson (P68295)
　　　　　　　　　　　　　　　　　　　　**OLSON LAW GROUP**
　　　　　　　　　　　　　　　　　　　　2723 S. State St., Ste. 150
　　　　　　　　　　　　　　　　　　　　Ann Arbor, MI 48104
　　　　　　　　　　　　　　　　　　　　Tel: (734) 222-5179
　　　　　　　　　　　　　　　　　　　　Fax: (866) 941-8712
Dated: June 23, 2017　　　　　　　　　　colson@olsonlawpc.com

1

2

## **CERTIFICATE OF SERVICE**

      I, Charity A. Olson, hereby state that on June 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

/s/ Charity A. Olson
Charity A. Olson (P68295)
**OLSON LAW GROUP**
