UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BRIAN JONAS,

    Plaintiff,

v.

WEBER & OLCESE, P.L.C., and MAIN STREET ACQUISITION CORP.,

    Defendants.

Case No.: 1:17-cv-00315-GJQ-PJG
Hon. Judge Gordon J. Quist
Magistrate Judge Phillip J. Green

### ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S COMPLAINT AGAINST DEFENDANT WITHOUT FEES OR COSTS TO ANY PARTY

Pursuant to the parties' stipulation between Plaintiff Brian Jonas and Defendants Weber & Olcese, P.L.C. and Main Street Acquisition Corp. filed with this Court, Plaintiff's Complaint is hereby dismissed with prejudice, and without fees or costs awarded to any party.

This Order resolves all pending claims and closes the case.

**IT IS SO ORDERED.**

Dated:   July 13, 2017

    /s/ Gordon J. Quist
Hon. Gordon J. Quist
United States District Court
Western District of Michigan